UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FOUAD LOUIK,

                Plaintiff,

                                                       CV 14-0290

                -against-

RAINBOW USA, INC., d/b/a RAINBOW SHOPS,
THE NEW 5-7-9 & BEYOND INC.,
RAINBOW APPAREL DISTRIBUTION CENTER
CORP., JOSEPH CHEHEBAR, MAURY STEIN,
     and HAZEM YOUSEF,

                Defendants.
------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Fouad Louik and Defendants Rainbow USA Inc., The New 5-7-9 & Beyond, Inc., Rainbow Apparel Distribution Center Corp, Joseph Chehebar, Maury Stein, and Hazem Yousef, through their undersigned attorneys, who state that they have been authorized to enter into this Stipulation, that the Parties have agreed to dismiss the instant action with prejudice. No attorneys' fees or costs will be awarded to any party by the Court.

_____
Robert Wisniewski, P.C.
Attorney for Plaintiff
225 Broadway, Suite 1020
New York, NY 10007
Tel: (212) 267-2101
rw@rwapc.com

_____
Adin C. Goldberg
Attorney for Defendants
Rainbow USA, Inc.
1000 Pennsylvania Avenue
Brooklyn, NY 11207
Tel: (718) 485-3000
agoldberg@rainbow.us


SO ORDERED this _____ day of _____, 2014

_____
United States District Judge